UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80387-CIV-RYSKAMP/VITUNAC

TRAVELPRO INTERNATIONAL, INC.,
a Delaware corporation,

       Plaintiff,

v.

TRAVELER'S CHOICE TRAVELWARE
a California corporation,

       Defendant.
_____/

**JOINT MOTION FOR ENTRY OF CONSENT PERMANENT INJUNCTION**

Plaintiff, Travelpro International, Inc. ("Plaintiff" or "Travelpro"), and Defendant, Traveler's Choice Travelware ("Defendant" or "Traveler's Choice") (collectively the "Parties"), through undersigned counsel, hereby jointly move the Court for entry of the Consent Permanent Injunction attached hereto as Exhibit "A", and as grounds, state:

**Short Statement of Facts**

This is an action based on the Defendant's alleged infringement of Plaintiff's federally registered trademarks "Atlantic," "Odyssey," and "Compass." The Parties have reached a settlement of all claims in this action. As part of this Settlement, Defendant has agreed to entry of the attached Consent Permanent Injunction. Accordingly, the Parties now jointly move the Court for entry of the Consent Permanent Injunction attached hereto as Exhibit "A."

In support of this Motion, the Parties offer the following memorandum of law.

**Memorandum of Law**

Consent injunctions are routinely granted. *See Givenchy S.A. v. Bijoux Terner, LLC et al,*

{22570313;3}

Case No. 1:09-cv-20552-FAM (S.D. Fla. September 16, 2009); *Arista Records LLC v. Lime Group LLC*, 1:06-cv-005936 (S.D.N.Y. October 27, 2010).

WHEREFORE, the Parties respectfully request the Court to enter the Consent Permanent Injunction attached as Exhibit "A" and retain jurisdiction over this matter and the parties for purposes of enforcing same.

**Pursuant to CM/ECF Administrative Procedures Section 3J(3), the filer attests that concurrence in the filing of this document has been obtained from: Leslie J. Lott, Esq.**

Respectfully submitted this 6th day of January, 2012.

| | |
|---|---|
| AKERMAN SENTERFITT<br>*Attorneys for Plaintiff*<br>222 Lakeview Avenue, Suite 400<br>West Palm Beach, Florida  33401<br>Tel:    (561) 653-5000<br>Fax:   (561) 659-6313<br><br>By: /s/Christopher S. Duke_____<br>     Christopher S. Duke<br>     Fla. Bar No. 0901740<br>     chris.duke@akerman.com<br>     Jennifer Parkins Rabin<br>     Fla. Bar No. 0965642<br>     jennifer.rabin@akerman.com | LOTT & FISHER, P.L.<br>*Attorneys for Defendant*<br>355 Alhambra Circle, Suite 1100<br>Coral Gables, FL 33134<br>Tel:  (305) 448-7089<br>Fax:  (305) 446-6191<br><br>By: /s/Leslie J. Lott_____<br>     Leslie J. Lott<br>     Fla. Bar No. 182196<br>     ljlott@lottfischer.com<br><br> -and-<br><br>CONNOLLY BOVE LODGE & HUTZ, LLP<br>*Attorneys for Defendant*<br>333 South Grand Avenue, Suite 2300<br>Los Angeles, CA 90071<br>Keith D. Fraser<br>KFraser@cblh.com<br>Bruce G. Chapman<br>BChapman@cblh.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Keith D. Fraser, Esq.
Bruce G. Chapman, Esq.
Connolly Bove Lodge & Hutz, LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071

Leslie J. Lott, Esq.
Lott & Fisher, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

                                              /s/Christopher S. Duke
                                              Christopher S. Duke