UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80387-CIV-RYSKAMP/VITUNAC

TRAVELPRO INTERNATIONAL, INC.,
a Delaware corporation,

        Plaintiff,

v.

TRAVELER'S CHOICE TRAVELWARE
a California corporation,

        Defendant.
_____/

**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**

      Plaintiff, Travelpro International, Inc., ("Plaintiff"), and Defendant, Traveler's Choice Travelware, ("Defendant"), (Plaintiff and Defendant are collectively the "Parties"), by and through their undersigned counsel, hereby move to dismiss this action with prejudice and all claims herein based on the parties' settlement of all matters, each party to bear its own attorneys' fees and costs, said dismissal being subject to this Court retaining jurisdiction to enforce the terms of the Consent Permanent Injunction [D.E. 29] entered by this Court.

      Based upon the foregoing, the parties respectfully request the Court enter the attached Order of Dismissal with Prejudice, with the Court retaining jurisdiction to enforce the Consent Permanent Injunction [D.E. 29] entered by this Court.

**Pursuant to CM/ECF Administrative Procedures Section 3J(3), the filer attests that concurrence in the filing of this document has been obtained from: Leslie J. Lott, Esq.**

Respectfully submitted this 12th day of January, 2012.

| | |
|---|---|
| AKERMAN SENTERFITT<br>*Attorneys for Plaintiff*<br>222 Lakeview Avenue, Suite 400<br>West Palm Beach, Florida  33401<br>Tel:    (561) 653-5000<br>Fax:   (561) 659-6313<br><br>By: /s/Christopher S. Duke_____<br>     Christopher S. Duke<br>     Fla. Bar No. 0901740<br>     chris.duke@akerman.com<br>     Jennifer Parkins Rabin<br>     Fla. Bar No. 0965642<br>     jennifer.rabin@akerman.com | LOTT & FISHER, P.L.<br>*Attorneys for Defendant*<br>355 Alhambra Circle, Suite 1100<br>Coral Gables, FL 33134<br>Tel:  (305) 448-7089<br>Fax: (305) 446-6191<br><br>By: /s/Leslie J. Lott_____<br>     Leslie J. Lott<br>     Fla. Bar No. 182196<br>     ljlott@lottfischer.com<br><br> -and-<br><br>CONNOLLY BOVE LODGE & HUTZ, LLP<br>*Attorneys for Defendant*<br>333 South Grand Avenue, Suite 2300<br>Los Angeles, CA 90071<br>Keith D. Fraser<br>KFraser@cblh.com<br>Bruce G. Chapman<br>BChapman@cblh.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Keith D. Fraser, Esq.
Bruce G. Chapman, Esq.
Connolly Bove Lodge & Hutz, LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071

Leslie J. Lott, Esq.
Lott & Fisher, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

                                                 /s/Christopher S. Duke
                                                 Christopher S. Duke