UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-80387-RYSKAMP/VITUNAC

TRAVELPRO INTERNATIONAL, INC.,

    Plaintiff,

v.

TRAVELER'S CHOICE TRAVELWARE,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' joint motion for dismissal of action with prejudice **[DE 30]** entered on January 12, 2012. The parties have reached a settlement, and upon the consent of the parties the Court issued a permanent injunction against Defendant. *See* **[DE 29]**. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs except as otherwise agreed by the parties. As previously ordered, this case is **CLOSED** and all pending motions are hereby **DENIED AS MOOT**. The Court shall retain jurisdiction solely to enforce the terms of the injunction.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 13 day of January, 2012.

    /s/ Kenneth L. Ryskamp
    KENNETH L. RYSKAMP
    UNITED STATES DISTRICT JUDGE